**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAN-LING X., | No. 1:25-cv-01412 KES CDB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS AS TO CLAIM TWO, DENYING RESPONDENTS' MOTION TO DISMISS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| TODD LYONS, et al., | |
| Respondents. | |
| | Docs. 15, 20 |

Petitioner Yan-Ling X., a federal immigration detainee proceeding by with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging her detention. *See generally* Doc. 2.

Petitioner filed a motion for a temporary restraining order while detained at the California City Correctional Facility in California City, California. Doc. 3. On November 7, 2025, the Court converted the motion to one for a preliminary injunction, granted the preliminary injunction, and ordering Petitioner's immediate release from custody. Doc. 12. The petition was referred to the assigned magistrate judge for further proceedings on the merits. Doc. 14. Respondents filed a motion to dismiss the petition, which Petitioner opposed. Docs. 15, 17.

On February 23, 2026, the magistrate judge issued findings and recommendations to grant in part Petitioner's petition for writ of habeas corpus only as to Petitioner's procedural due

1

process claim and to deny Respondents' motion to dismiss, incorporating the Court's analysis in its order granting the preliminary injunction.  The magistrate judge declined to address the other claims in the petition upon finding relief was appropriate on count two of the petition.  Doc. 20.  Respondents filed a one-sentence objection that directed the Court to arguments made in their prior briefing.  Doc. 22 (citing Docs. 10, 15).

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court **ORDERS**:

1.  The findings and recommendations issued on February 23, 2026 (Doc. 20) are **ADOPTED** in full.

2.  Respondents' motion to dismiss (Doc. 15) is **DENIED**.

3.  The petition for writ of habeas corpus (Doc. 2) is **GRANTED** in part, as to count two, based on the violation of petitioner's procedural due process rights under the Fifth Amendment.

4.  Respondents are **ENJOINED** and **RESTRAINED** from re-detaining Petitioner Yan-Ling X. unless and until they obtain a travel document for her removal, and unless and until they follow all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures.

5.  The Clerk of Court is directed to enter judgment for Petitioner and to close this case.

IT IS SO ORDERED.

Dated:   May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

2